11/06/2024 GRANTED. THE DEADLINE FOR FILING THE OUTSTANDING DOCUMENTS SET FORTH IN THE ORDER TO UPDATE [DKT. NO. 6] IS EXTENDED TO NOVEMBER 20, 2024.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: ) Chapter 13
STEVEN SURABIAN ) Case No.: 24-12114
    Debtor, )

## MOTION TO EXTEND THE TIME FOR RESPONDING TO THE ORDER TO UPDATE

Now comes the Debtor, Steven Surabian, through Counsel and hereby requests this Honorable Court to extend the deadline for Responding to the Order to Update for two weeks for reasons therefore:

The Debtor is requesting additional time to submit his Schedules and complete petition as he is currently gathering the documents to provide to Counsel required to complete the petition.

WHEREFORE, the Debtor, Steven Surabian, through Counsel hereby requests this Honorable Court to extend the deadline for Responding to the Order to Update for two weeks.

        Respectfully Submitted,
        The Debtor,
        By His Attorney,

        /s/ Peter M. Daigle
        Peter M. Daigle, Esquire
        BBO # 640517
        1550 Falmouth Road, Suite 10
        Centerville, MA 02632
        (508) 771-7444

Dated: November 5, 2024