# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>    STEVEN SURABIAN,<br><br>                    Debtors | Chapter 13<br>Case No. 24-12114-CJP |

## TRUSTEE'S RESPONSE TO MOTION AMERICAN EUROPEAN INSURANCE COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and files this Response to the Motion for Relief from the Automatic Stay ("the Motion") filed by American European Insurance Company ("the creditor") and states as follows:

1. The Trustee admits the allegations contained in paragraph one (1).

2. The Trustee is without sufficient knowledge to either admit or deny the allegations contained in paragraphs two (2) through ten (10).

3. In further answering the Trustee states as follows:

The Trustee has no objection to the Motion per se, or to the Court granting relief from the automatic stay to allow the Creditor to litigate the counterclaims brought against the Debtor. The Truste further has no objection to the Creditor obtaining a judgment for monetary damages against the Debtor.

However, the Trustee would object to the Creditor taking any collection action against the Debtor or any property of the Debtor's bankruptcy estate without further Order from the Bankruptcy Court including but not limited to any pre-judgment or post-judgment attachment and/or execution.

WHEREFORE, the Trustee requests that the Court schedule a hearing on the Motion and grant such other relief as this Court deems proper.

Dated: November 8, 2024

Respectfully submitted,
Carolyn A. Bankowski
Standing Chapter 13 Trustee
/s/ Patricia A. Remer
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA 02114-0022
(617) 723-1313
13trustee@ch13boston.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 8, 2024, a copy of the Trustee's Response to Motion for Relief from Stay was served via first class mail postage prepaid, or by electronic notice, upon the debtor, debtor's counsel, and counsel for the Creditor at the addresses set forth below.

Steven Surabian
1198 Route 28 Unit E
South Yarmouth, MA 02664

Peter M. Daigle
The Law Office of Peter M. Daigle, P. C.
1550 Falmouth Road
Suite 10
Centerville, MA 02632

Nora R. Adukonis
Litchfield Cavo LLP
6 Kimball Lane
Suite 200
Lynnfield, MA 01940

/s/ Patricia A. Remer
Patricia A. Remer, BBO#639594