

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Steven Surabian | Chapter 13 |
| | 24-12114-CJP |
| Debtor(s) | |

### ORDER

**MATTER:**

#22 Assented To Motion filed by Debtor Steven Surabian to Continue Hearing [Re: #9 Motion for Relief From Stay].

ALLOWED. THE HEARING SCHEDULED FOR 11/20/2024 IS CONTINUED TO 12/18/2024 AT 1:00 P.M. MOVANT TO SERVE NOTICE OF THE CONTINUED HEARING ON ALL PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE. TO PARTICIPATE AT THE HEARING, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED

Dated: 11/18/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge