UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
IN RE:                                              )          Chapter 13
STEVEN SURABIAN                                     )          Case No.:  24-12114
        Debtor,                                     )
_____)

## MOTION TO EXTEND THE TIME FOR RESPONDING TO THE ORDER TO UPDATE

Now comes the Debtor, Steven Surabian, through Counsel and hereby requests this Honorable Court to extend the deadline for Responding to the Order to Update for one week for reasons therefore:

The Debtor is requesting additional time to submit his Schedules and complete petition as he is still in the process of providing income information to Counsel.

WHEREFORE, the Debtor, Steven Surabian, through Counsel hereby requests this Honorable Court to extend the deadline for Responding to the Order to Update for one week.

                                                    Respectfully Submitted,
                                                    The Debtor,
                                                    By His Attorney,

                                                    /s/ Peter M. Daigle_____
                                                    Peter M. Daigle, Esquire
                                                    BBO # 640517
                                                    1550 Falmouth Road, Suite 10
                                                    Centerville, MA 02632
                                                    (508) 771-7444

Dated: November 20, 2024

# CERTIFICATE OF SERVICE

I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic mail or by First Class Mail postage prepaid.

/s/ Peter M. Daigle_____
Peter M. Daigle, Esquire

Dated: November 20, 2024

*Electronic Mail:*

Carolyn Bankowski, US Trustee
Richard King, Asst. US Trustee

*First Class Mail:*

**American European Insurance, Co.**
c/o Litchfield Cavo, LLP
6 Kimball Lane, Ste 200
Lynnfield, MA 01940

**Ball & Boyd Public Adjusters, Inc.**
Richard F. Wholley, Esq.
Cohn, Rios & Wholley
2 Center Plaza, Ste. 800
Boston, MA 02108

**Bank of America**
Po Box 982238
El Paso, TX 79998

**Bank of America**
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

**Brian J. Brenton**
c/o Nicole L. Carnevale, Esq.
Eversournce Energy
247 Station Drive, Ste. 100
Westwood, MA 02090

**Capital One**
Po Box 31293

Salt Lake City, UT 84131

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Citibank**
701 E. 60th St. N
Sioux Falls, SD 57104

**Citibank (S.D), N.A.**
Rubin & Rothman, LLC
PO Box 9003
1787 Veterans Highway, Ste 32
Islandia, NY 11749

**Comenity**
PO Box 650026
Dallas, TX 75265

**Community Loan Servicing, LLC**
Luks, Santaniello, Petrillo, et, al
745 Boylston St., Ste 501
Boston, MA 02116

**Eversource**
1 Nstar Way
Westwood, MA 02090

**Flagship Insurance Agency, Inc.**
c/o Samuel F. Izzo, Esq.
Peabody & Arnold, LLP
600 Atlantic Ave
Boston, MA 02210

**George A. Butler Adjusters, Inc.**
William B. Scarpelli, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

**Gregory P. Boyd**
Richard F. Wholley, Esq.
Cohn, Rios & Wholley
2 Center Plaza, Ste. 800
Boston, MA 02108

**Internal Revenue Service**

PO Box 7346
Philadelphia, PA 19101

**Jpmcb**
Po Box 15369
Wilmington, DE 19850

**Jpmcb**
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

**M & T Bank**
Luks, Santaniello, Petrillo, et, al
745 Boylston St., Ste 501
Boston, MA 02116

**Mass. Dept. of Revenue**
Bankruptcy Unit
PO Box 7090
Boston, MA 02204

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204

**Nationalgrid**
300 Erie Blvd. West
Syracuse, NY 13202

**Paul M. Battaglino**
William B. Scarpelli, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

**Raymond H. Tomlinson, Jr., Esq.**
Tomlinson Law
76 Tupper Road, Suite #11
Sandwich, MA 02563

**Small Business Administration**
801 Tom Martin Drive Suite 120
Birmingham, AL 35211

**Small Business Administration**
801 Tom Martin Drive, Suite 120
Birmingham, AL 35211

**Stephen D. Curtis**
Richard F. Wholley, Esq.
Cohn, Rios & Wholley
2 Center Plaza, Ste. 800
Boston, MA 02108

**TD Bank, N.A.**
Attn: Bankruptcy
1701 Rt 70 East
Cherry Hill, NJ 08003

**TD Bank, N.A.**
PO BOX 1931
BURLINGAME, CA 94011

**TD Bank, N.A.**
Td Bank Usbc
Greenville, SC 29607

**Timothy M. Ball**
Richard F. Wholley, Esq.
Cohn, Rios & Wholley
2 Center Plaza, Ste. 800
Boston, MA 02108

**Timothy O. Egan, Esq.**
Peabody & Arnold, LLP
600 Atlantic Ave
Boston, MA 02110