In re:                                                                                   Case No. 24-12114-cjp

Steven Surabian                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 18, 2024 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven Surabian, 1198 Route 28 Unit E, South Yarmouth, MA 02664-4488 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carolyn Bankowski-13-12 | 13trustee@ch13boston.com |
| Nora R. Adukonis | on behalf of Creditor American European Insurance Company adukonis@litchfieldcavo.com  johnsonk@litchfieldcavo.com |
| Peter M. Daigle | on behalf of Debtor Steven Surabian pmdaigleesq@yahoo.com daiglelawoffices@gmail.com;pace.patriciar43947@notify.bestcase.com;jwong@daiglelawoffice.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |

TOTAL: 4



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re: | |
| --- | --- |
| Steven Surabian | Chapter 13 |
| | 24-12114-CJP |
| Debtor(s) | |

## ORDER

**MATTER:**
#22 Assented To Motion filed by Debtor Steven Surabian to Continue Hearing [Re: #9 Motion for Relief From Stay].

ALLOWED. THE HEARING SCHEDULED FOR 11/20/2024 IS CONTINUED TO 12/18/2024 AT 1:00 P.M. MOVANT TO SERVE NOTICE OF THE CONTINUED HEARING ON ALL PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE. TO PARTICIPATE AT THE HEARING, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED

Dated: 11/18/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge