# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE<br>SURABIAN, Steven<br>                     Debtor(s) | Chapter 13<br>Case No. 24-12114-CJP |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully objects to the confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and for reasons therefore says as follows:

1. The Debtor commenced this case by filing a petition on October 22, 2024.
2. On December 3, 2024, the Trustee presided over a 341 meeting of creditors and examined the Debtor.
3. On November 27, 2024, the Debtor filed the Plan. The Trustee cannot recommend the Plan for confirmation at this time.
4. The Debtor has named eleven individuals and corporations in a Barnstable Superior Court action. The Debtor also has a claim against Flagship Insurance Agency. The Debtor has failed to include language under Part 8 of the Plan that any non-exempt recovery from the court actions will be paid to the general unsecured creditors.
5. Further, the Debtor has a 50% interest in the business SurTan Manufacturing Co. a/k/a SurTan Leather & Western Wear and the business is valued at $0.00. However, the Debtor has failed to provide independent evidence of the value of the business or list it in his Statement Of Financial Affairs. Therefore, the Plan fails to satisfy the best interest of creditors test set forth in 11 U.S.C.§1325(a)(4).

**WHEREFORE** the Chapter 13 Trustee respectfully requests that the Court sustain her objection to confirmation, and for such other relief as is appropriate.

Dated: 12/4/24

Respectfully submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Standing Chapter 13 Trustee
PO Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE<br>SURABIAN, Steven<br>  Debtor(s) | Chapter 13<br>Case No. 24-12114-CJP |

## Certificate of Service

The undersigned hereby certifies that on 12/4/24, a copy of the Trustee's Objection to Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the debtor and debtor's counsel at the addresses set forth below.

Steven Surabian
1198 Route 28, Unit E
South Yarmouth, MA  02664

Peter Daigle, Esquire
1550 Falmouth Road, Ste. 10
Centerville, MA  02632


                                                     /s/ Carolyn Bankowski