UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                           )          Chapter 13
STEVEN SURABIAN                                  )          Case No.:  24-12114
          Debtor,                                )
_____)

## MOTION TO EXTEND THE TIME FOR RESPONDING TO THE TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN

Now comes the Debtor, Steven Surabian, through Counsel and hereby requests this Honorable Court to extend the deadline for Responding to the Trustee's Objection to Confirmation of the Debtor's Chapter 13 Plan for two weeks for reasons therefore:

Counsel for the Debtor is requesting additional time to obtain a valuation of the business from the Debtor.

WHEREFORE, the Debtor, Steven Surabian, through Counsel hereby requests this Honorable Court to extend the deadline for Responding to the Trustee's Objection to Confirmation of the Debtor's Chapter 13 Plan for two weeks.

Respectfully Submitted,
The Debtor,
By His Attorney,

/s/ Peter M. Daigle
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Dated: December 18, 2024