UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
BOSTON

Chapter 13

In re: STEVEN SURABIAN

Case Number: 24-12114 CJP

DEBTOR

## WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE FOR PREPETITION TAX RETURNS

Please take notice that based upon further information provided by the debtor, Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Unfiled Prepetition Tax Return Notice By Commissioner Of Massachusetts Department of Revenue.*

GEOFFREY E. SNYDER
COMMISSIONER
MASSACHUSETTS DEPARTMENT OF REVENUE

By his duly authorized agent,

/s/ Shauna Carballeira
MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT - COLLECTIONS BUREAU
200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090 BOSTON, MASSACHUSETTS 02204-7090
(617) 626-3875



Geoffrey E. Snyder
Commissioner

**MASSACHUSETTS DEPARTMENT OF REVENUE
COLLECTIONS BUREAU - BANKRUPTCY UNIT**

**200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090, BOSTON, MASSACHUSETTS 02204-7090
Phone: (617) 626-3875     Fax: (617) 626-3796**

In re: STEVEN SURABIAN

Chapter 13
Case Number: 24-12114 CJP

## CERTIFICATE OF SERVICE

I, Shauna Carballeira, hereby certify that I have caused the attached Commissioner of the Massachusetts Department of Revenue's Withdrawal Notice of Unfiled Prepetition Tax Returns and Request For The Same Pursuant To 11 U.S.C. Section 1308, to be served by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

PETER M. DAIGLE
1550 FALMOUTH ROAD , Ste 10
CENTERVILLE, MA 02632-0000

Chapter 13 Trustee
PO BOX 8250
BOSTON, MA 02114

/s/ Shauna Carballeira
MASSACHUSETTS DEPARTMENT OF REVENUE
12/30/2024