UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | Case No. 24-12114 |
| ) | Chapter 13 |
| **Steven Surabian** ) | |
| Debtor(s) ) | |

RESPONSE TO OBJECTION TO CONFIRMATION

The Debtor responds to the Objection to Confirmation of the Chapter 13 Trustee as follows:

1. Admitted.

2. Admitted.

3. Admitted as to filing and that the Trustee states she cannot recommend confirmation.

4. Admitted. Debtor will amend the Plan to so state.

5. Admitted. The Debtor will provide an appropriate valuation of the company and amended the plan as needed to reflect such valuation.

WHEREFORE, the Debtor moves this Honorable Court to Sustain the Chapter 13 Trustee's Objection to Confirmation and allow the Debtor 45 days to obtain a valuation and amend the plan.

Date: January 2, 2025

Respectfully submitted,
Through counsel,

*/s/Peter Daigle*
Peter Daigle (BBO#
DAIGLE LAW OFFICE
1550 Falmouth Road, #10
Centerville, MA 02632
Tel: (508) 771-7444
Email: pdaigle@daiglelawoffice.com

# CERTIFICATE OF SERVICE

I, Peter Daigle, counsel for the above-named Debtor, certify that on January 2, 2025, a true and accurate copy of the foregoing was served on the following parties via first class mail, postage pre-paid or electronically.

By electronic mail using Court's CM/ECF system:

Richard King, Office of the United States Trustee
Carolyn Bankowski, Chapter 13 Trustee
Nora R. Adukonis, attorney for American European Insurance Company

By email:

Steven Surabian

                                                       */s/ Peter Daigle*