

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
15 NEW SUDBURY STREET
STOP: 20800
BOSTON, MA 02203

Date: March 26, 2025

Carolyn Bankowski
Chapter 13 Trustee Boston
P.O. Box 8250
Boston, MA 02114

Re: Chapter 13 Bankruptcy
    Case number: 24-12114
    Debtors name: Steven Surabian

Supervisory Bankruptcy Specialist Bradford Berncic, on behalf of its agency, the Internal Revenue Service, withdrawals its notice of unfiled returns filed on December 2, 2024.

The Service is in receipt of the outstanding returns.

    Thank you for your assistance in this matter. If I may be of further assistance, please do not hesitate to contact me.

    Sincerely,

*Bradford Berncic*

Bradford Berncic
Supervisory Bankruptcy Specialist
Tel. No. (412) 404-9799
Fax No. (855) 835-1472

CC:   United States Bankruptcy Court for the District of Massachusetts

    Debtor: Steven Surabian
    Attorney: Peter M. Daigle