# District of Massachusetts
# Claims Register

## [24-12114 Steven Surabian](#)

**Judge:** Christopher J. Panos  **Chapter:** 13
**Office:** Boston  **Last Date to file claims:**
**Trustee:** Carolyn Bankowski-13-12  **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:* (20926210)<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | **Claim No: 1**<br>*Original Filed Date*: 10/25/2024<br>*Original Entered Date*: 10/25/2024<br>*Last Amendment Filed*: 03/27/2025<br>*Last Amendment Entered*: 03/27/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Internal Revenue Service<br>*Modified:* |

 Amount  claimed: $0.00
 Secured claimed: $0.00
 Priority   claimed: $0.00

*History:*

| Details | | 1-1 | 10/25/2024 | Claim #1 filed by Internal Revenue Service, Amount claimed: $200.00 (Internal Revenue Service) |
| Details | | 1-2 | 01/16/2025 | Amended Claim #1 filed by Internal Revenue Service, Amount claimed: $100.00 (Internal Revenue Service) |
| Details | | 1-3 | 03/27/2025 | Amended Claim #1 filed by Internal Revenue Service, Amount claimed: $0.00 (Internal Revenue Service) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (20931316)<br>TD Bank, N.A.<br>PO BOX 1931<br>BURLINGAME, CA 94011 | **Claim No: 2**<br>*Original Filed Date*: 11/06/2024<br>*Original Entered Date*: 11/06/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

 Amount claimed: $2035.01

*History:*

| Details | | 2-1 | 11/06/2024 | Claim #2 filed by TD Bank, N.A., Amount claimed: $2035.01 (ADI) |

*Description:*
*Remarks:* (2-1) Account Number (last 4 digits):8870

| | | |
|---|---|---|
| *Creditor:* (20937196)<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | **Claim No: 3**<br>*Original Filed Date*: 11/26/2024<br>*Original Entered Date*: 11/26/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Natalie E. Lea<br>*Modified:* |

 Amount claimed: $382.64

*History:*

| Details | | 3-1 | 11/26/2024 | Claim #3 filed by JPMorgan Chase Bank, N.A., Amount claimed: $382.64 (Lea, Natalie ) |

*Description:*
*Remarks:*

*History:*

| Details | 3-1 | 11/26/2024 | Claim #3 filed by JPMorgan Chase Bank, N.A., Amount claimed: $382.64 (Lea, Natalie ) |

*Description:*
*Remarks:*

*Creditor:* (20926230)
Mass. Dept. of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204           **Claimant History**

**Claim No: 4**
*Original Filed Date*: 12/02/2024
*Original Entered Date*: 12/02/2024
*Last Amendment Filed*: 01/17/2025
*Last Amendment Entered*: 01/17/2025

*Status:*
*Filed by:* CR
*Entered by:* Shauna Carballeira
*Modified:*

 Amount claimed: $4258.44
 Priority  claimed: $3465.98

*History:*

| Details | 4-1 | 12/02/2024 | Claim #4 filed by Massachusetts Department of Revenue, Amount claimed: $4280.97 (Carballeira, Shauna ) |
| Details | 4-2 | 01/17/2025 | Amended Claim #4 filed by Mass. Dept. of Revenue, Amount claimed: $4258.44 (Carballeira, Shauna ) |

*Description:* (4-1) TAXES
(4-2) TAXES
*Remarks:*

*Creditor:* (20943477)
Raymond H. Tomlinson, Jr., Esq. dba Tomlinson Law
76 Tupper Road
Suite 11
Sandwich, MA 02563

**Claim No: 5**
*Original Filed Date*: 12/18/2024
*Original Entered Date*: 12/18/2024

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

 Amount claimed: $242322.03

*History:*

| Details | 5-1 | 12/18/2024 | Claim #5 filed by Raymond H. Tomlinson, Jr., Esq. dba Tomlinson Law, Amount claimed: $242322.03 (ADI) |

*Description:*
*Remarks:*

*Creditor:* (20943906)
Quantum3 Group LLC as agent for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

**Claim No: 6**
*Original Filed Date*: 12/19/2024
*Original Entered Date*: 12/19/2024

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

 Amount claimed: $48.59

*History:*

| Details | 6-1 | 12/19/2024 | Claim #6 filed by Quantum3 Group LLC as agent for Comenity Bank, Amount claimed: $48.59 (ADI) |

*Description:*
*Remarks:* (6-1) Account Number (last 4 digits):7525

| | | |
|---|---|---|
| *Creditor:* (20944592)<br>Jefferson Capital Systems, LLC<br>Po Box 7999<br>St. Cloud, MN 56302-9617 | **Claim No: 7**<br>*Original Filed Date*: 12/21/2024<br>*Original Entered Date*: 12/21/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $596.01

*History:*

Details    7-1    12/21/2024 Claim #7 filed by Jefferson Capital Systems, LLC, Amount claimed: $596.01 (ADI)

*Description:*

*Remarks:* (7-1) Account Number (last 4 digits):1251

| | | |
|---|---|---|
| *Creditor:* (20945944)<br>American European Insurance Company<br>6 Kimball Lane, Suite 200<br>Lynnfield, MA 01940 | **Claim No: 8**<br>*Original Filed Date*: 12/30/2024<br>*Original Entered Date*: 12/30/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Nora R. Adukonis<br>*Modified:* |

Amount claimed: $260000.00

*History:*

Details    8-1    12/30/2024 Claim #8 filed by American European Insurance Company, Amount claimed: $260000.00 (Adukonis, Nora )

*Description:*

*Remarks:*

# Claims Register Summary

**Case Name:** Steven Surabian
**Case Number:** 24-12114
**Chapter:** 13
**Date Filed:** 10/22/2024
**Total Number Of Claims:** 8

| Total Amount Claimed* | $509642.72 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | $3465.98 | |
| **Administrative** | | |