UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| STEVEN SURABIAN | ) | Case No.: 24-12114 |
|     Debtor, | ) | |

## DEBTOR'S APPLICATION TO EMPLOY RAYMOND TOMLINSON, TO REPRESENT THE DEBTOR IN STATE COURT CASES "SURTAN MANUFACTURING CO. V. AMERICAN EUROPEAN INSURANCE COMPANY ET AL," AND SURTAN MANUFACTURING CO. ET AL. V. FLAGSHIP INSURANCE AGENCY, INC. ET AL., AS REFERENCED [DOC 45]

Steven Surabian, ("the Debtor"), submits this application (the "Application") by and through Counsel, respectfully requesting the entry of an order authorizing Debtor to employ Tomlinson Law as Counsel, Nunc Pro Tunc, to litigate or settle the ongoing cases *SurTan Manufacturing Co. et al v. American European Insurance Co. et al,* Case No: 1872CV00095; and *SurTan Manufacturing Co. et al. v. Flagship Insurance Agency, Inc. et al.,* Case No: 2072CV00134 (hereinafter "State Court Actions") for which this court ordered a relief from stay. [Doc 45]. In support of the Application, Debtor states as follows:

1. On February 20, 2018, the Debtor filed a State Court Action in Barnstable Superior Court, Case No: 1872CV00095.

2. On May 22, 2018, an Answer with Counterclaim was filed.

3. Debtor filed a voluntary chapter 13 petition on October 22, 2024.

4. Debtor listed the pending Civil Actions against American European Insurance, Co., Case No: 1872CV00095 and Case No: 2072CV00134 in his Schedule C. (hereinafter "Civil Actions")

5. On November 1, 2024, Creditor American European Insurance Company filed a Brief and Memorandum in Support for Order or In the Alternative for Relief From Stay into the Debtor's Chapter 13 case. [Doc 9]

6. On November 19, 2024, Creditor George A. Butler Adjusters, Inc., and Paul M. Battaglino filed a motion to join [Doc 9] in efforts to remove the Automatic Stay and proceed with the State Court Action.

7. On December 19, 2024, the Court issued the order for Relief from Stay [Doc 45] allowing all joined parties to pursue the State Court Action until entry of a final judgement.

8. Per the Order issued by Hon. Judge Panos [Doc 45] the Relief is stayed through and including February 17, 2025.

9. No Motion or Proof of Claim was filed in Debtor's case by Flagship Insurance Agency, Inc. and Brian C. Breton prior to the proof of claim deadline on April 29,2025.

10. A Final Pre-Trial Conference was held before the aforementioned Order was issued, [Doc 45] before the Hon. Judge Perrino and no action was taken.

11. Following the issuance of [Doc 45] the Barnstable Superior Court has scheduled the Jury trial to take place on November 3, 2025, for 13 half days.

12. Debtor has retained Raymond H. Tomlinson, Jr. of Tomlinson Law, as counsel for the State Court Actions.

13. Attached to this Application as <u>Exhibit A</u> is an affidavit from attorney Raymond Tomlinson, an attorney licensed in Massachusetts and employed at Tomlinson Law.

14. Tomlinson Law is a Barnstable based law firm, experienced in trust and insurance-based claims.

15. Raymond Tomlinson is a licensed attorney in Massachusetts, employed at Tomlinson Law and experienced in trust and insurance litigation and settlement.

16. Attorney Raymond Tomlinson was employed at an hourly fee agreement pre-petition and it was the Debtor's express wish not to reform the agreement to a contingency fee during the pendency of the trial.

17. To the best of Debtor's knowledge Raymond Tomlinson has or represents no interest adverse to the Debtor, Trustee, or any creditor in this case with the exception of the filed Proof of Claim 5-1, which reflect pre-petition attorney's fees.

WHEREFORE, the Debtor respectfully requests that this Court:

a. Enter an Order authorizing the employment of Raymond Tomlinson, NUNC PRO TUNC as Counsel for Debtor in the action; case *SurTan Manufacturing Co. v. American European Insurance.*

b. Enter an Order authorizing the employment of Raymond Tomlinson, NUNC PRO TUNC as Counsel for Debtor in the action; case *SurTan Manufacturing Co. et al. v. Flagship Insurance Agency, Inc. et al.,* Case No: 2072CV00134

c. Grant any other and further relief as this Court deems just and proper.

Date: January 15, 2026

Respectfully Submitted,
Debtor
Steve Surabian
By his attorney,

/s/ Vicki L. Mitchell, Esq._____
Vicki L. Mitchell, Esq. (BBO# 715394)
Peter Daigle, Esq. (BBO# 640517)
1550 Falmouth Road, Suite 10
Centerville, MA 02632
vmitchell@daiglelawoffice.com

## CERTIFICATE OF SERVICE

This is to certify that on this day of January 15, 2026, I caused the foregoing document to be served on all parties of record by electronic mail or by First Class postage prepaid.

/s/Vicki L. Mitchell, Esq.
Vicki L. Mitchell, Esq. (BBO# 715394)
Peter Daigle, Esq. (BBO# 640517)
1550 Falmouth Road, Suite 10,
Centerville, MA 02632
vmitchell@daiglelawoffice.com

**Electronic Mail:**

Carolyn Bankowski, U.S.Trustee

Richard King, Asst. US Trustee