GENERAL RELEASE AND CONFIDENTIAL SETTLEMENT AGREEMENT

For and in consideration of payment made to the order of "TOMLINSON|LAW, as counsel for Steven Surabian" in the sum of **_Sixty Thousand Dollars_** ($60,000.00) as full and final satisfaction of Steven Surabian's individual claim for damages for personal injuries as against Flagship Insurance Agency, Inc. ("Flagship") and Brian J. Breton ("Breton") for Flagship's and/or Breton's alleged negligence and negligent infliction of emotional distress as set forth in Steven Surabian's complaint filed in Barnstable Superior Court in _SurTan Manufacturing Co. et al. v. American European Insurance Co. et al._ (1872CV00095) and _SurTan Manufacturing Co. et al. v. Flagship Insurance Agency, Inc. et al._ (2072CV00134) (individually and collectively, the "Civil Action"),, the receipt and sufficiency of which is hereby acknowledged, **_Steven Surabian_**, _individually and as he is a joint venturer in the non-legal business entity known as Steven Surabian doing business as SurTan Manufacturing Co., and to the extent that Steven Surabian individually holds any beneficial interest in the Richard Surabian Irrevocable Trust,_ and his partners, agents, insurers, employees, servants, attorneys, representatives, successors, heirs, and assigns (collectively referred to as "**RELEASORS**"), release and forever discharge **_Flagship Insurance Agency, Inc. and Brian J. Breton,_** and their members, partners, officers, agents, insurers, employees, servants, attorneys, representatives, successors, heirs, and assigns (collectively referred to as "**RELEASEES**"), from any and all actions, claims, and demands, for, upon, or by reason of any damage, loss, injury, or suffering which heretofore has been, or which hereafter may be, sustained by **RELEASORS**, including but not limited to claims which were or could have been raised and that in any way relate to the subject matter of the lawsuits filed in Barnstable Superior Court _SurTan Manufacturing Co. et al. v. American European Insurance Co. et al._ (1872CV00095) and _SurTan Manufacturing Co. et al. v. Flagship Insurance Agency, Inc. et al._

(2072CV00134), including but not limited to the fire that occurred on **RELEASORS'** premises located at 1230 Route 28, South Yarmouth, Massachusetts 02664 on February 23, 2016.

This Release shall be contingent on the approval and subject to the orders of the United States Bankruptcy Court in the matter of *In re: Steven Surabian* (24-12144-CJP). Thus, it is the intention of the parties that the definition and scope of "**RELEASORS,**" as defined in the preceding paragraph, shall not include and that this Release shall not apply to Richard Surabian in his individual capacity, or as a joint venturer in the non-legal business entity known as Richard Surabian doing business as SurTan Manufacturing Co., or the Richard Surabian Irrevocable Trust.

Furthermore, it is the intention of **RELEASORS** to fully, finally, and forever release **RELEASEES** from or on all the claims referenced in the first paragraph of this Release. In furtherance of such intentions, this release shall be and remain in effect notwithstanding the discovery or existence of any new additional fact(s) or any fact(s) different from that which **RELEASORS** now know or believe to be true.

**RELEASORS** agree to provide Steven Surabian's name, address, date of birth, and social security number for use in the required Massachusetts government lien check for insurance settlement payments over $500 to individuals.

**RELEASORS** agree to enter into a stipulation of dismissal with prejudice and waive all rights of appeal in the lawsuits filed in Barnstable Superior Court *SurTan Manufacturing Co. et al. v. American European Insurance Co. et al.* (1872CV00095) and *SurTan Manufacturing Co. et al. v. Flagship Insurance Agency, Inc. et al.* (2072CV00134). **RELEASORS** and **RELEASEES** each agree to bear their own costs and expenses of litigation.

**RELEASORS** understand that this settlement is a compromise of a disputed claim and that the payment is not to be construed as an admission of liability on the part of **RELEASEES**, by whom liability is expressly denied.

**RELEASORS** agree that at any time after the date hereof they will not disparage or make any derogatory statements, orally or in writing, to anyone that would reasonably be found to harm or be detrimental to the business or reputation of **RELEASEES**, except where required by law.

**RELEASORS** warrant and represent that, to their knowledge, the claims, demands, obligations, and causes of action referred to in this agreement are not subject to any liens asserted by any individual, governmental agency, or corporation, other than those identified in the matter of *In re: Steven Surabian* (24-12144-CJP). **RELEASORS** further agree that in the event that any lien is asserted by any individual, governmental agency, or corporation, **RELEASORS** will assume full responsibility for their satisfaction.

It is further understood and agreed that the terms of this release and agreement are confidential, and that **RELEASORS** and their counsel shall not disclose the terms of this settlement either directly or indirectly to any person except to the extent the disclosure is required by law or to enforce the terms and conditions of this settlement and/or as necessary for tax preparation or audit purposes. The parties shall also be permitted to disclose the terms of this Release to any current and future insurance providers as required by such providers. In the event **RELEASORS** are requested by subpoena, discovery request, Court Order, government agency request, or other, to disclose in any way the terms of this settlement or the contents of this release and agreement, **RELEASORS** shall, prior to disclosing any such information, provide at least ten (10) days advance notice of such request to the other through counsel, if possible. In addition, in the event of receiving such a request, **RELEASORS** shall indicate that the information requested

is subject to a confidentiality agreement. If asked, **RELEASORS** may disclose only that a claim has been settled to the parties' mutual satisfaction.

**RELEASORS** acknowledge and assumes all risk, chance, or hazard that any injuries or damage may be greater or more extensive than is now known, anticipated, or expected. No promise or inducement which is not herein expressed has been made to **RELEASORS** and, in executing this Release, **RELEASORS** do not rely upon any statement or representation made by any person, firm, corporation, or entity hereby released, or any agent, or any other person representing them or any of them, concerning the nature, extent, or duration of said damages or losses or the legal liability therefor.

This Release contains the **ENTIRE AGREEMENT** between the parties hereto, and the terms of this Release are contractual and not a mere recital.

This Release shall be construed in accordance with and governed by the laws of Massachusetts.

**RELEASORS** acknowledge and confirm that, prior to signing this Release, that they have had opportunity to review its terms and conditions with attorney(s) of their own choice.

DATE                    WITNESS

12/1/25                                                    Steven Surabian

#4,211,672
14881-202944

14881-202944