# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| STEVEN SURABIAN, Debtor. | Chapter 13<br>Case No. 24-12114-CJP |

## TRUSTEE'S RESPONSE TO MOTION TO APPROVE COMPROMISE AND APPLICATION TO EMPLOY SPECIAL COUNSEL

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully files her response to the Motion to Approve Compromise("the Motion") and the Application to Employ Special Counsel ("the Application") as follows:

1. The Trustee has no objection to Motion or Application per se, and no objection to the amount of the settlement per se or to the terms contained therein.

2. However, according to the Motion the Debtor is receiving gross settlement proceeds in the amount of $60,000.00 minus an exemption in the amount of $15,000.00, leaving a balance of $45,000.00 to be paid to the Trustee pursuant to the Debtor's Confirmed Chapter 13 Plan. According to the Debtor's Schedule C no exemption has been claimed in the state court action and therefore at this time none of the gross settlement proceeds are exempt. As such, the Trustee asserts that the entire $60,000.00 must be turned over to the Trustee for payment to creditors.

3. In addition, the Application states that attorney Tomlinson is employed pursuant to a prepetition hourly fee agreement. The Motion and Application fail to provide any information as to how attorney Tomlinson will be paid. It is not clear if he is to be paid from the settlement proceeds or from a different source of funds, and neither the Application or Motion state that a fee application will be filed with the Bankruptcy Court or that attorney Tomlinson's fees will be subject to Bankruptcy Court approval. The Trustee needs to know how attorney

Tomlinson is to be paid given the fact that at this point there are no exempt settlement funds for the Debtor to use.

WHEREFORE the Trustee requests that this schedule a hearing on the Motion and Application and grant such other relief as this Court deems proper.

Dated: February 3, 2026

Respectfully submitted,

Carolyn A. Bankowski
Standing Chapter 13 Trustee
/s/ Patricia A. Remer
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114-0022
(617) 723-1313
13trustee@ch13boston.com

**Certificate of Service**

The undersigned hereby certifies that on March 6, 2025, a copy of the Trustee's Response to Motion to Approve Settlement was served via first class mail, postage prepaid, or by electronic notice, on the debtor and debtor's counsel and attorney Raymond Tomlinson at the addresses set forth below.

Steven Surabian
1198 Route 28 Unit E
South Yarmouth, MA 02664

Peter M. Daigle
The Law Office of Peter M. Daigle, P. C.
1550 Falmouth Road
Suite 10
Centerville, MA 02632

Raymond H. Tomlinson, Jr., Esq.
TOMLINSON|LAW
76 Tupper Road, Suite 11
Sandwich, MA  02563

/s/Patricia A. Remer
Patricia A. Remer, BBO#639594