|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | Chapter 13 |
| STEVEN SURABIAN | ) | Case No.: 24-12114 |
|     Debtor, | ) | |
| | ) | |

## DEBTOR'S OBJECTION TO PROOF OF CLAIM # 8-1 FILED BY AMERICAN EUROPEAN INSURANCE COMPANY

TO: THE HONORABLE CHRISTOPHER J. PANOS

The Debtor, Steven Surabian, by and through counsel, hereby submits the following objection to Proof of Claim # 8-1 filed by American European Insurance Company, (hereinafter "AEIC"), in the amount of $260,000.00 on the following grounds:

1. That this matter is a core proceeding pursuant to 28 U.S.C. § 157, and that the court has jurisdiction pursuant to 28 U.S.C. §§ 151, 157 and 1334.

2. This Objection was filed, pursuant to 11 U.S.C. 506(d), 11 U.S.C. §1325(a)(5)(C) and in accordance with Bankruptcy Rule 7001, for the purpose of determining the validity of the claim because the Creditor has already been granted relief to pursue adjudication outside the bankruptcy case. [Doc 45]

3. The Debtor filed his chapter 13 bankruptcy petition on October 22, 2024.

4. Debtor listed the pending Civil Actions against American European Insurance, Co., Case No: 1872CV00095 and Case No: 2072CV00134 in his Schedule C. (hereinafter "Civil Action")

5. On November 1, 2024, American European Insurance, Co., filed a Motion for Relief from the Automatic Stay. [Doc 9]

6. On December 18, 2024, the Court held a hearing on the Motion for Relief.

7. On December 19, 2024, the Court issued an Order granting Limited Relief from the Automatic Stay to allow the Civil Actions between Steven Surabian and American European Insurance, Co. to proceed to trial until entry of final judgement. [Doc 45]

8. On November 24,2025, the Barnstable Superior Court issued a final judgement in the Civil Action, attached herein as Exhibit A.

9. Debtor objects to Proof of Claim # 8-1 filed by AEIC on the grounds that AEIC has received a judgment on the merits and a jury awarded AEIC an amount of $0.00.

10. Thus, Debtor requests that the Court dismiss the Proof of Claim # 8-1 filed by AEIC pursuant to 11 U.S.C. §§ 502(b)(5) considering the Creditor has received a judgment on the merits and a jury awarded AEIC an amount of $0.00.

## **NOTICE**

The objecting party herewith advises the claimant that a response to the objection must be filed with the Court within thirty (30) days of the filing of this objection.

WHEREFORE, Debtor asks that the Court find that the Proof of Claim #8-1 filed by American European Insurance Company, in the amount of $260,000.00 be examined and dismissed pursuant to 11 U.S.C. §§ 502(b)(5) considering the Creditor has received a judgment on the merits and a jury awarded the Creditor an amount of $0.00 as attached herein as <u>Exhibit A.</u>

Date: March 20, 2026

Respectfully Submitted
Debtor,
Steven Surabian
By his attorney,

<u>/s/ Peter Daigle, Esq.</u>
Peter Daigle, Esq. (BBO# 640517)
Vicki L. Mitchell, Esq. (BBO# 715394)
1550 Falmouth Road, Suite 10
Centerville, MA 02632
vmitchell@daiglelawoffice.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, March 20, 2026, I caused a copy of the above to be served upon all interested parties of record by electronic mail or first class mail, postage prepaid.

Dated: March 20, 2026

/s/ Vicki L. Mitchell
Vicki L. Mitchell, Esq.
Vicki L. Mitchell, Esq. (BBO# 715394)
Peter Daigle, Esq. (BBO# 640517)
1550 Falmouth Road, Suite 10,
Centerville, MA 02632
vmitchell@daiglelawoffice.com

**Electronic Mail:**

David Mawhinney, U.S. Trustee

Richard King, Asst. U.S. Trustee

Raymond Tomlinson, Esq.

Nora Rose Adukonis, Esq.

Counsel for American European Insurance Company
6 Kimball Lane, Suite 200,
Lynnfield, MA 01940
(781) 309-1500
adukonis@litchfieldcavo.com