# COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, ss.

**SUPERIOR COURT
CIV. NO. 1872CV00095**

## SURTAN MANUFACTURING CO. and others[1]

### vs.

## AMERICAN EUROPEAN INSURANCE CO.

## DECISION AND ORDER ON COUNTS FOR DECLARATORY JUDGMENT AND JUDGMENT ON REMAINING COUNTS

At the time this matter was submitted to the Jury, the following Counts remained:

*On Plaintiffs' Complaint:*

| | |
|---|---|
| Count I | Breach of Contract by Defendant American European Insurance Co.; |
| Count II | Declaratory Judgment by defendant; |
| Count III | Breach of Implied Covenant by defendant; |
| Count X | G.L. c. 93A – Unfair and Deceptive Acts and Practices by defendant; |

*On Defendants' Counterclaim:*

| | |
|---|---|
| Count I | Declaratory Judgment against plaintiffs; |
| Count II | Unjust Enrichment by plaintiffs. |

*Jury's Findings*

In response to Special Questions, 1 and 2, the Jury found that the plaintiffs and defendant did not reach an agreement concerning the value of the plaintiffs' loss and that defendant did not knowingly and intentionally waive the right to have the value of the loss determined by reference (which were conditions precedent to plaintiffs' right to bring suit on the insurance policy). In response to Special Question 34, the Jury found that the plaintiffs did not prove that defendant acted unfairly and deceptively in trade or commerce in a manner prohibited by G.L. c. 93A, § 2. The Court adopts the Jury's finding on Question 34.

---

[1] Richard Surbian, individually; Steven Surbian, Individually, and as trustee of the Richard Surbian Irrevocable Trust

In response to Special Questions 39 and 40, the Jury found that defendant established that the plaintiffs, whether by willful concealment or misrepresentation, voided the insurance policy but awarded $0 in damages.

### *Judgment*

Based on the above, under Count II on plaintiffs' Complaint and on Count I on defendant's Counterclaim, the Court declares that the plaintiffs' actions voided the insurance policy, the insurance policy is void, and the defendant has no obligation to the plaintiffs under such policy.

Judgment to enter on Counts I, III, and X of plaintiffs' Complaint for the defendant, and on Count II of the Counterclaim for the plaintiffs/counterclaim-defendants.

November 24, 2025

*Mark C. Gildea*

Mark C. Gildea
Justice of the Superior Court

2