UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:    Steven Surabian ,                        Chapter: 13
          Debtor                                   Case No: 24–12114
                                                   Judge Christopher J. Panos

## NOTICE OF NONEVIDENTIARY TELEPHONIC HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **6/24/26 at 02:00 PM** before the Honorable Judge Christopher J. Panos, the hearing will be held TELEPHONICALLY to consider the following:

> [93] Stipulation By Creditor Raymond Tomlinson and Chapter 13 Trustee ON APPLICATION TO EMPLOY SPECIAL COUNSEL AND DISBURSEMENT OF SETTLEMENT FUNDS.

> TO PARTICIPATE, ATTENDEES SHALL DIAL (646) 828–7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED. To facilitate informal discussions similar to those that occur just prior to in–person hearings that may narrow or resolve issues, the Court encourages parties to confer by telephone prior to the scheduled hearing. When stating their names for the record, participants are invited to also state that the parties have reached resolution on some or all of the issues on for hearing.

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and
2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **<u>Your rights may be affected.</u>** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.
2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.
3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. <u>If this is a hearing under section 362</u>, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:6/23/26                                       By the Court,


                                                   <u>Alberto Barrera</u>
                                                   Deputy Clerk
                                                   508–770–8927