UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | Chapter 13 |
| STEVEN SURABIAN | ) | Case No.:  24-12114 |
|     Debtor, | ) | |
| | ) | |

### MOTION TO EXTEND THE TIME FOR RESPONDING TO THE OBJECTION OF RAYMOND H. TOMLINSON, JR. TO DEBTOR'S MOTION TO AMEND SCHEDULES A/B AND C [DOC. 96]

Now comes the Debtor, Steven Surabian, through Counsel and hereby requests this Honorable Court to extend the deadline for Responding to the Objection Of Raymond H. Tomlinson, Jr. To Debtor's Motion To Amend Schedules A/B And C [Doc. 96] for one week for reasons therefore:

Counsel for the Debtor is requesting additional time to review the Objection with Debtor and prepare a response.

WHEREFORE, the Debtor, Steven Surabian, through Counsel hereby requests this Honorable Court to extend the deadline for Responding to the Objection Of Raymond H. Tomlinson, Jr. To Debtor's Motion To Amend Schedules A/B And C [Doc. 96] for one week.

Respectfully Submitted,
The Debtor,
By His Attorney,

/s/ Peter M. Daigle_____
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Dated: July 16, 2026

# CERTIFICATE OF SERVICE

I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic mail or by First Class Mail postage prepaid.

/s/ Peter M. Daigle
Peter M. Daigle, Esquire

Dated: July 16, 2026

***Electronic Mail:***

Carolyn Bankowski, US Trustee
Richard King, Asst. US Trustee
Raymond H. Tomlinson, Jr., Esq.